IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL LAPISH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTONS, ET AL. | : | NO.  22-2320 |

# ORDER

**AND NOW**, this 5th day of March, 2024, upon consideration of the Motion to Dismiss filed by Defendants former Superintendent Sorber, Deputy Superintendent Sipple, and Unit Manager Valliere-Fanrak (Docket No. 70), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED WITHOUT PREJUDICE**.  **IT IS FURTHER ORDERED** that Plaintiff may file a second amended complaint curing the deficiencies in the Amended Complaint no later than March 26, 2024.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.