IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LAPISH, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : CIVIL ACTION |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS | : |
| LIEUTENANT GORDON | : NO. # 22-2320 |
| SERGEANT BAITY | : |
| CORRECTIONAL OFFICER FORD, | : |
| | : |
| Defendants | : |

**ORDER**

AND NOW, this 4th day of April 2024, upon consideration of Plaintiff's Unopposed Motion to Permit Filing Out of Time, it is hereby ORDERED that the instant motion is GRANTED. Plaintiff's Third Amended Complaint will be accepted as timely filed.

BY THE COURT:

_/s/ John R. Padova_____
John R. Padova, J.