Mr. Byrne,

I filed a lawsuit last year, and I would like to know if it is still open. I'd also like to know if you could get me my attorney's address.

Thank you for your time and assistance.

Sincerely,

Michael Lapish

Smart Communications/PADOC

SCI- GREENE

Name MICHAEL LAPISH

Number JN6235

PO Box 33028

St Petersburg FL 33733



RECEIVED

AUG 1 9 2024

JAMES A. BYRNE
FEDERAL COURTHOUSE
601 MARKET ST., RM. 2609
PHILADELPHIA, PA 1906-1797

191068X1732 C019

PA DEPT OF
CORRECTIONS
INMATE MAIL



US POSTAGE AND PITNEY BOWES

ZIP 15370
02 4W
0000383425 AUG 16 2024

$ 000.69⁰

